# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. TROUTMAN and TROUTMAN AMIN, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>SYMPLE LENDING LLC,<br><br>Defendant. | Case No.: 8:25-cv-1181<br><br>**ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE [10]**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom: 10C<br>Judge: Hon. James V. Selna<br><br>Complaint Filed: May 30, 2025 |

Having reviewed Plaintiffs' Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order re Preliminary Injunction, the Declaration of Eric J. Troutman and corresponding exhibits, the Declaration of Maxwell Levins and corresponding exhibits, the Proposed Temporary Restraining Order, this Proposed Order to Show Cause Why a Temporary Restraining Order Should Not Issue, the Complaint, ECF No. 1, and all other matters presented to the Court, and **GOOD CAUSE APPEARING THEREFORE**, it is hereby **ORDERED**,

that the above-named Defendant show cause before this Court, at 411 w. 4th St., Santa Ana, California, Court Room 10C, on June 17, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Federal Rule of Civil Procedure 65(a) enjoining the following acts in any form during the pendency of this action:

1. The Defendant posting or continuing to post on its commercial social media pages the design consisting of a yellow lion wearing a blue-and-yellow patterned crown on an inner blue inner crest placed on a blue and yellow patterned outer crest (the "Infringing Mark"), as shown below:



2. The Defendant's display of the Infringing Mark at its offices during events open to the public.

3. The Defendant's display or usage of the Infringing Mark in any capacity that may be visible to consumers.

4. The Defendant's use or registration of the Infringing Mark in any capacity, including with the United States Patent and Trademark Office.

5. The Defendant's aiding, assisting, or abetting any other individual or entity in doing any act prohibited by this Temporary Restraining Order.

Any further opposition shall be filed no later than noon June 10, 2025.

Any reply shall be filed no later than June 16, 2025

**IT IS SO ORDERED.**

Dated: June 05, 2025

_____
James V. Selna
U.S. District Court Judge