1  ALYSSA MILMAN WHITE, ESQ. (SBN 160212)
2  alyssa@angelowhitelaw.com
   SARA ESCALANTE, ESQ. (SBN 323127)
3  sara@angelowhitelaw.com
4  **ANGELO & WHITE**
   A Professional Corporation
5  660 Newport Center Drive, Suite 1000
   Newport Beach, California 92660
6  Telephone:  949-640-0800
7  Facsimile:   949-640-0887

8  Attorneys for Defendant,
9  SYMPLE LENDING, LLC

10                **UNITED STATES DISTRICT COURT**
11
                  **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ERIC J. TROUTMAN and TROUTMAN AMIN, LLP; | Case No.: 8:25-cv-01181-JVS-KES |
| Plaintiffs, | **DEFENDANT SYMPLE LENDING, LLC'S NOTICE OF ERRATA TO RESPONSE AND OPPOSITION TO ORDER TO SHOW CAUSE RE: ENTRY OF A PRELIMINARY INJUNCTION** |
| v. | |
| SYMPLE LENDING LLC, | |
| Defendant. | Date: June 17, 2025<br>Time: 9:00 a.m.<br>Location: 411 W. 4th St., Santa Ana, California, Court Room 10C |
| | District Judge: James V. Selna<br>Mag. Judge: Karen E. Scott<br>Complaint Filed: May 30, 2025 |

1

**DEFENDANT SYMPLE LENDING, LLC'S NOTICE OF ERRATA TO RESPONSE AND OPPOSITION TO ORDER TO SHOW CAUSE RE: ENTRY OF A PRELIMINARY INJUNCTION**

# NOTICE OF ERRATA

Defendant Symple Lending, LLC, respectfully submits this errata to its Response and Opposition to Order to Show Case Re: Entry of Preliminary Injunction, which was filed on June 10, 2025, at Docket No. 25, in order to correct an inadvertent clerical error. The title of the main document, and the resulting Document Text of the docket entry, was entered as "RESPONSE filed by Defendant Symple Lending LLCto Order to Cause,, Set/Reset Motion Hearing and R&R Deadlines". That was an error.

The title of the main document should have been, "RESPONSE filed by Defendant Symple Lending, LLC to Order to Show Cause Re Entry of Preliminary Injunction."

The title of the main document for Docket No. 25 should be amended to reflect the corrected document title. The titles of the attachments are correct, and all the documents filed in Docket No. 25 are correct.

Dated: June 12, 2025                **ANGELO & WHITE**

By: /s/Sara Escalante
ALYSSA MILMAN WHITE, ESQ.
SARA ESCALANTE, ESQ.
Attorneys for Defendant,
SYMPLE LENDING, LLC

**DEFENDANT SYMPLE LENDING, LLC'S NOTICE OF ERRATA TO RESPONSE AND OPPOSITION TO ORDER TO SHOW CAUSE RE: ENTRY OF A PRELIMINARY INJUNCTION**