ALYSSA MILMAN WHITE, ESQ. (SBN 160212)
alyssa@angelowhitelaw.com
SARA ESCALANTE, ESQ. (SBN 323127)
sara@angelowhitelaw.com
**ANGELO & WHITE**
A Professional Corporation
660 Newport Center Drive, Suite 1000
Newport Beach, California 92660
Telephone:   949-640-0800
Facsimile:   949-640-0887

Attorneys for Defendant,
SYMPLE LENDING, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. TROUTMAN and TROUTMAN AMIN, LLP;<br><br>                    Plaintiffs,<br><br>          v.<br><br>SYMPLE LENDING LLC,<br><br>                    Defendant. | Case No.: 8:25-cv-01181-JVS-KES<br><br>**DECLARATION OF TSUBASA TED TSUJI IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 8, 2026<br>Time: 1:30 p.m.<br>Location: 411 W. 4th St., Santa Ana, California, Court Room 10C<br><br>District Judge: James V. Selna<br>Mag. Judge: Karen E. Scott<br>Complaint Filed: May 30, 2025 |

1

DECLARATION OF TSUBASA TED TSUJI IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S
OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

I, Tsubasa Ted Tsuji, do hereby state and declare as follows:

1.    I am over the age of eighteen (18).

2.    I am the current Chief Operating Officer and Chief Sales Officer of Symple Lending LLC ("Symple Lending").

3.    I submit this declaration in support of Defendant Symple Lending's Opposition to Plaintiffs' Second Motion for Preliminary Injunction.

4.    The statements set forth in this declaration are based on my personal knowledge, except for those matters stated on information and belief, which I believe to be true.

5.    I am not a founder of Symple Lending.

6.    I have been employed by Symple Lending as its Chief Operating Officer and Chief Sales Officer since March 31, 2025.

7.    When I started working for Symple Lending on March 31, 2025, the company had the following symbol ("Symple's Lion Symbol") on the wall of its office in Irvine, California, and I learned that Symple Lending uses the image of a lion as an internal emblem to promote company culture.



8.    I have also reviewed paragraph 8 of the Declaration of Eric Troutman in support of Plaintiffs' Second Motion for Preliminary Injunction, which states,

2

DECLARATION OF TSUBASA TED TSUJI IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S
OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

"Tsuba Ted Tsuji was a previous acquaintance of Troutman Amin, LLP who had communicated with us on multiple occasions and engaged with the Protected Mark."

9.    As I testified in my previous declaration filed in this action (*see* Dkt. No. 25-8), before this lawsuit was filed, I had no independent recollection of either Eric Troutman's or Troutman Amin, LLP's lion logo from any communication or social media connection I may have had with Plaintiffs in the past.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of May, 2026.

Signed by:

*Tsubasa Ted Tsuji*

03C73859B5DA44B...

Tsubasa Ted Tsuji

3

**DECLARATION OF TSUBASA TED TSUJI IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**