ALYSSA MILMAN WHITE, ESQ. (SBN 160212)
alyssa@angelowhitelaw.com
SARA ESCALANTE, ESQ. (SBN 323127)
sara@angelowhitelaw.com
**ANGELO & WHITE**
A Professional Corporation
660 Newport Center Drive, Suite 1000
Newport Beach, California 92660
Telephone:  949-640-0800
Facsimile:   949-640-0887

Attorneys for Defendant,
SYMPLE LENDING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. TROUTMAN and TROUTMAN AMIN, LLP;<br><br>Plaintiffs,<br><br>v.<br><br>SYMPLE LENDING LLC,<br><br>Defendant. | Case No.: 8:25-cv-01181-JVS-KES<br><br>**DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 8, 2026<br>Time: 1:30 p.m.<br>Location: 411 W. 4th St., Santa Ana, California, Court Room 10C<br><br>District Judge: James V. Selna<br>Mag. Judge: Karen E. Scott<br>Complaint Filed: May 30, 2025 |

1

DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S
OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

I, Houston Fraley, do hereby state and declare as follows:

1.     I am over the age of eighteen (18).

2.     I am the President and Chief Executive Officer of Symple Lending LLC ("Symple Lending") which is named as a defendant in this action.

3.     I submit this declaration in support of Symple Lending's Opposition to Plaintiffs' Second Motion for Preliminary Injunction. The statements set forth in this declaration are based on my personal knowledge, except for those matters stated on information and belief, which I believe to be true.

4.     I founded Symple Lending in January of 2021.

5.     Symple Lending has offices in Irvine, California and Tampa, Florida.

6.     Symple Lending operates as a marketing and sales business in the financial services industry.

7.     Plaintiffs' repeated allegations that Symple Lending sells "predatory high-cost loans" and "mistreats consumers" are harassing, false and defamatory.

8.     Symple Lending has responded to multiple sets of written requests for interrogatories, requests for admissions, and requests for production in this action.

9.     Symple Lending has also produced two witnesses for deposition in this action.

10.     Symple Lending also made other witnesses available for deposition, including Ted Tsuja, however, Plaintiffs chose to take those depositions off calendar and only recently requested to revive them.

11.     Symple Lending hosted a Christmas party for its employees in December 2025. The party was a private, invitation-only event. It was not open to the public. The only people invited as guests to the party were Symple Lending's employees (no plus-ones allowed) and over 250 employees attended.

**DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**

12.    In April 2026, Symple Lending employees and management celebrated the company's five-year anniversary with some in-office cake, cookies and balloons. This was a small acknowledgement of the anniversary which took place in the middle of a work-day. Only employees and management were in attendance because only employees and management have access to our offices.

13.    Symple Lending has used the image of a lion as an internal emblem to promote company culture since February of 2024. The lion symbol represents strength and honor to Symple Lending's employees and signifies the company's ethos of building lasting bonds and banding together with pride as a team.

14.    Symple Lending has used a few iterations of its lion symbol. One of Symple Lending's employees who works in the Florida office, Gabrielle Esquivel, drew and created our lion symbol from scratch in February 2024. Attached hereto as **"Exhibit A"** is a true and correct copy of the file reflecting Ms. Esquivel's initial digital creation of Symple Lending's lion symbol.

15.    After Ms. Esquivel designed the lion symbol, I instructed Symple Lending's content marketer, Breanne Neely, to put the lion symbol on a crest. Attached hereto as **"Exhibit B"** is a true and correct copy of an email to me from Breanne Neely dated February 29, 2024, that reflects Symple's lion symbol on the original crest.

16.    In or about February 2025, I instructed Symple Lending employee Josh Winspear to change the design of the crest to its current version. Attached hereto as **"Exhibit C"** is a true and correct copy of an email that I am copied on from Mr. Winspear dated February 26, 2025, that reflects Symple Lending's lion symbol on the current crest.

17.    Symple Lending has been using the following current version of its lion crest ("Symple Lending's lion crest") since February of 2025:

3

**DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S
OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**

Docusign Envelope ID: 8D247A8F-4036-8748-82D9-DE46A7A85E01



18.     Symple Lending's lion crest features tannish gold and deep navy colors to coordinate with the colors of Symple Lending's official logo, which is reflected below:



19.     I personally commissioned Symple Lending's initial lion symbol in February of 2024 and the first time I ever saw Plaintiffs' lion logo was on May 24, 2025, when a partner at Troutman Amin, LLP, Puja J. Amin, commented on and tagged me in a LinkedIn post regarding our two lion logos being similar.

20.     Ted Tsuji started working for Symple Lending on March 31, 2025, over a year after I first commissioned the original lion symbol and about two months after we started using the current version of Symple Lending's lion crest.

21.     Mr. Tsuji is not a founder of Symple Lending, as alleged in paragraph 47 of Plaintiffs' First Amended Complaint. (*See* Dkt. 41.)

22.     I commissioned the ice sculpture, cookies, and cake featuring Symple Lending's lion crest for the events Symple Lending held in December 2025 and

**DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**

Docusign Envelope ID: 8D247A8F-4036-8748-82D9-DE46A7A85E01

April 2026, and prior to doing so I had never seen any image, nor did I have any knowledge, of Plaintiffs' using the same ubiquitous items to feature their mark.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of May, 2026.

Signed by:

_____Houston Fraley_____
392FFAF852974C4...
Houston Fraley

5

**DECLARATION OF HOUSTON FRALEY IN SUPPORT OF DEFENDANT SYMPLE LENDING, LLC'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**