EXHIBIT A







