EXHIBIT B



**Houston Fraley <houston@symplelending.com>**

---

## Lion Crest

---

**Breanne Neely** <bneely@symplelending.com>                    Thu, Feb 29, 2024 at 1:14 PM
To: Houston Fraley <houston@symplelending.com>, Gabrielle Esquivel <gesquivel@symplelending.com>

Attached as a PNG, JPG, and AI file

--





**Breanne Neely**
**Social Community Specialist**
**Symple Lending**

 bneely@symplelending.com    ⊙ Tampa, FL

🌐 www.symplelending.com

 



Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited and may be punishable by law.

---

**3 attachments**



**Lion Crest.jpg**
259K



**Lion Crest.png**
160K

**Lion Crest.ai**
1987K