EXHIBIT C



**Houston Fraley <houston@symplelending.com>**

---

## Lion's Den Polo

---

**Josh Winspear** <jwinspear@symplelending.com>       Wed, Feb 26, 2025 at 5:50 PM
To: Gabrielle Esquivel <gesquivel@symplelending.com>
Cc: Houston Fraley <houston@symplelending.com>, Daniel Wesley <dwesley@symplelending.com>

Hi Gabby,

Attached is art for a new "Elite Club" polo for Sales Reps. "The Lion's Den"?

Also, we will need a polo for women. Prefer the same dark blue if possible.

As for the t-shirts, we started a grunge line, so I will be sending those out tomorrow or Friday.

Let me know if you have any questions with the art.

Thanks!

- josh


--
Disclaimer: This email and any files transmitted with it are confidential
and intended solely for the use of the individual or entity to whom they
are addressed. If you have received this email in error, please notify the
system manager. This message contains confidential information and is
intended only for the individual named. If you are not the named addressee,
you should not disseminate, distribute or copy this email. Please notify
the sender immediately by email if you have received this email by mistake
and delete this email from your system. If you are not the intended
recipient, you are notified that disclosing, copying, distributing, or
taking any action in reliance on the contents of this information is
strictly prohibited and may be punishable by law.

---

**2 attachments**

📄 **SYMPLE-Lions-Den-Polo.pdf**
   2553K

🖼 **SYMPLE Lions Club - Polo 3.zip**
   5002K





**Lion's Den Polo**

