JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC J. TROUTMAN and
TROUTMAN AMIN, LLP

      Plaintiffs,

   v.

SYMPLE LENDING LLC,

      Defendant.

Case No. 8:25-cv-1181-JVS(KESx)

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [69]**

Judge: Hon. James V. Selna

1

## ORDER

Before the Court is Plaintiffs Eric J. Troutman and Troutman Amin, LLP's ("Plaintiffs") and Defendant Symple Lending, LLC's ("Defendant") Joint Stipulation to dismiss Plaintiffs' claims with prejudice. Having reviewed and considered the parties' respective papers and all other matters presented to the Court, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. Plaintiffs' claims are dismissed with prejudice.

Dated: June 29, 2026

_____
Honorable James V. Selna
United States District Judge

2